ATTORNEY GRIEVANCE COMMISSION   *   IN THE COURT OF APPEALS
OF MARYLAND                                 *   OF MARYLAND

                                              *

                                            *

                                            *   Misc. Docket AG

                                            *

v.                                           *   No. 19

                                            *

BRANDI SHANEE NAVE                   *   September Term, 2018

                                            *

*****************************************

## <u>ORDER</u>

WHEREAS, the Court having issued an order disbarring the Respondent Brandi Shanee Nave, on November 30, 2018, on the basis of a reciprocal disbarment sanction issued by the District of Columbia Court of Appeals filed March 8, 2018, and

WHEREAS, this Court having received notice that the District of Columbia Court of Appeals vacated Respondent's disbarment in Case No. 16-BG-633 on November 29, 2018, and

WHEREAS, the District of Columbia Court of Appeals suspended the Respondent for one (1) year filed November 29, 2018, and it is further

NOW, THEREFORE, it is this <u>4th</u> day of <u>December</u>, 2018,

ORDERED, by the Court of Appeals of Maryland, that the Order for Disbarment entered on November 30, 2018 be, and it is hereby, STRICKEN, until further order of the Court.

                                        /s/ Mary Ellen Barbera
                                        Chief Judge